# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case: 1:21-mj-00368 |
| v. ) | Assigned to: Judge Harvey, G. Michael |
| ) | Assign Date: 4/10/2021 |
| **DIANTE ARIK WILEY,** ) | Description: COMPLAINT W/ARREST WARRANT |
| ) | |
| ) | |
| **Defendant.** ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Caitlin McGourty, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives being duly sworn, depose and state as follows:

1.      I have been a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since February 2019. I am currently assigned to ATF's Washington Field Office. Prior to joining the ATF, I was a sworn police officer with the District of Columbia Metropolitan Police Department (MPD) for approximately five (5) years. For two (2) of those years, I was assigned to the Sixth District Crime Suppression Team. As a member of the Crime Suppression Team, I was tasked with combatting violent crimes in the District of Columbia, including but not limited to firearms and narcotics offenses.

2.      Since joining the ATF, I have successfully completed numerous training programs hosted by ATF, and other local, state, and federal law enforcement agencies and organizations including the Federal Law Enforcement Training Center's 12-week Criminal Investigator Training Program and the 14-week ATF Special Agent Basic Training Program. As a law enforcement officer, I have testified under oath and affirmed to applications of search warrants, arrest warrants

1

and subpoenas.

3. Through my training and experience, as described above, I have become familiar with the provisions of the federal firearms laws administered under Title 18 and Title 26 of the United States Code, as well as controlled substance laws administered under Title 21 of the United States Code. I have personally conducted and participated in investigations that have resulted in the arrest and conviction of numerous individuals responsible for violations of the District of Columbia Code and United States Code including, but not limited to, narcotics and firearms offenses.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of Title 21 U.S.C. § 841(a); 18 U.S.C. § 922(a)(1)(A); 18 U.S.C. § 924(c)(1)(A); 26 U.S.C. § 5861(e); 26 U.S.C. § 5861(f); and 26 U.S.C. § 5861(j) have been committed by **DIANTE ARIK WILEY**.

## PROBABLE CAUSE

6. On April 17, 2019, at approximately 2:03 a.m., Officers with the Metropolitan Police Department (MPD) conducted a traffic stop on a Hyundai vehicle bearing D.C. registration NAT1632 in the 4000 block of 9th Street, Southeast (SE) because its headlights were not activated. Inside of the vehicle was the driver, T.S., and **DIANTE ARIK WILEY**. A WALES/NCIC search of the D.C. license plate revealed that T.S. was the registered owner of the vehicle.

7. Officers obtained T.S.' permission to search her vehicle. During the vehicle search, law enforcement located a cardboard box in the trunk stamped with "OUTDOORSPORTSUSA.COM." Affixed to the box was a UPS 2nd Day Air shipping label addressed to **DIANTE ARIK WILEY**. The following items were located inside the cardboard box: 1 round of .223 ammunition, 1 AR15 platform lower parts kit, 1 9mm magazine, 1 rifle stock, 1 pistol grip, as well as additional miscellaneous firearm building parts.

8. Once the above-mentioned items were recovered, **DIANTE ARIK WILEY** spontaneously claimed ownership of the box and ammunition, and stated that he was building a rifle in Maryland. A WALES/NCIC search of **DIANTE ARIK WILEY** resulted in negative results for any registration of ammunition, firearms, rifles, or the license to carry such items. **DIANTE ARIK WILEY** was placed under arrest for possession of unregistered ammunition. Officers confirmed through MPD that **DIANTE ARIK WILEY** did not have any type of registration or license for firearms or ammunition in the District of Columbia.

9. Since then, law enforcement has continued to investigate **DIANTE ARIK WILEY** regarding his involvement with firearms manufacturing, possession, and trafficking in the District of Columbia. Law enforcement has executed several subpoenas and search warrants for **DIANTE ARIK WILEY's** social media accounts, email accounts, financial records, and purchase history from firearms parts distributors.

10. Based on the obtained records, law enforcement discovered that WILEY had engaged in over 200 individual transactions with the following firearms retailers/manufacturers: All Shooters Tactical, 80PBuilder, Bayou Gun Runner, Bear Creek Arsenal, Brownell's Inc., BUDK, World Inc., CBC Industries, Ceratac LLC., Cheaper Than Dirt, Delta Team Tactical, EagleLite Inc., Full Metal Jacket, Genesis CNC, Ghost Firearms, Glockmeister, J&T Distributing,

Luth-AR-LLC., Maryland Small Arms, Mid-South Arms LLC., Midway USA, New Frontier Armory, NOVA Armory, Optics Planet Inc., Outdoor Sports USA, Rainier Arms LLC., SpecDive Tactical, Survival Ops and Vienna Arsenal for a total purchase price of $48,425.64 worth of firearms parts and accessories made by WILEY. Based on the obtained records, **DIANTE ARIK WILEY** assembled working firearms from those parts and then offered the firearms for sale through his social media account. Based on the obtained records, **DIANTE ARIK WILEY** has sold dozens of firearms in this manner. Based on your Affiant's investigation, some of these firearms ended up in the hands of convicted felons or individuals who have committed violent crimes.

      11.     In addition, law enforcement has continued to monitor **DIANTE ARIK WILEY's** public Instagram account "manofrespect.bino" and has observed several stories containing additional firearms and narcotics. On or about February 28, 2021, **DIANTE ARIK WILEY** posted the below image with the hashtag "#PROPGUNS". However, based on your Affiant's training and experience with firearms and firearms related offenses, it is clear these firearms are not "props," they are real firearms capable of firing ammunition. This is known by your Affiant as an operable firearm based off the image below. As clearly seen in the photo, there is an extended clear plastic magazine containing live rounds of ammunition inserted into the magazine-well of one of the three firearms.



12.     On or about March 12, 2021, law enforcement observed the below picture on the left on **DIANTE ARIK WILEY's** Instagram story. Based on the photograph with the caption "75 or don't call me", it is my understanding that **DIANTE ARIK WILEY** was offering to sell the depicted marijuana for $75.00. On or about March 15, 2021, law enforcement observed a story posted on **DIANTE ARIK WILEY's** public Instagram account of himself driving around with a prescription bottle of Promethazine-Codeine Syrup. The label of the prescription bottle was visibly tampered with, indicating that **DIANTE ARIK WILEY** was in possession of a controlled substance that is not prescribed to him. Later in the story, WILEY wrote "200 or don't call me" and "RUSH ME" over the video containing the same prescription bottle (as seen below in the middle and right images). Both Marijuana and Promethazine-Codeine Syrup are controlled substances under the Controlled Substances Act (CSA) and the sale of such substances is illegal.



13. On or about March 30, 2021, **DIANTE ARIK WILEY** posted the below photograph to his public Instagram account. Based on your Affiant's training, knowledge and experience, it is understood that **DIANTE ARIK WILEY** was informing his viewers that he had raised the price for a fully automatic Privately Manufactured Firearm (PMF) built by him to $2,500. According to the below post, this rise in price is a result of the pending changes to firearms legislation, specifically PMFs also referred to as "ghost guns" or "80% lowers".



14. Law enforcement conducted surveillance on **DIANTE ARIK WILEY** on the afternoon and evening of April 9, 2021. During that surveillance, law enforcement observed **DIANTE ARIK WILEY** at 26 Staton Drive Upper Marlboro, MD 20774, and 12815 Staton Court Upper Marlboro, MD 20774, loading items into a silver in color Infiniti M45 bearing Maryland registration 8BV5906. After loading the items, **DIANTE ARIK WILEY** drove the vehicle to various locations in the District of Maryland and the District of Columbia.

15. While conducting surveillance, law enforcement observed **DIANTE ARIK WILEY** drive to a parking lot at 1523 Alabama Avenue SE Washington, D.C. 20032. At that location, a law enforcement source made a controlled purchase of a firearm and marijuana from **DIANTE WILEY** for $1,680. Law enforcement recovered both the firearm and the marijuana from the source immediately after the controlled purchase.

16. The marijuana was in a sealed, commercial package from Proper dispensary in Los Angeles, California. Specifically, the package was labeled "Jungle Boys Kush Mints" and noted that it contained 3.5 grams of marijuana containing 33.40% Tetrahydrocannabinol (THC), the active ingredient in marijuana.

17. The firearm was determined to be a black in color .223 caliber M-16 type Privately Manufactured Firearm (PMF) with no serial number. The firearm was a visual match for firearms posted for sale on **DIANTE ARIK WILEY's** Instagram account. Upon initial inspection of the firearm, there was a visible automatic sear pin hole located above the selector switch. Agents conducted a field test for fully automatic capability on scene which yielded positive results[1]. Based

---

[1] A field test for fully automatic capability involves the following: with the magazine and all ammunition removed from the firearm, the bolt or slide is pulled to the rear to release. The tester will then pull the trigger and keep it depressed then pull the bolt or slide to the rear again. The trigger is then released and pulled again. If the firing mechanism (hammer) does not fall when the trigger is pulled for the second time, this is consistent with the firearm operating in the fully automatic mode.

on initial appearance and field test, it is believed that this firearm is a machinegun and therefore regulated under Title 26 U.S.C. § 5845, the National Firearms Act (NFA).

18. A machinegun is defined as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term also includes the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

19. **DIANTE ARIK WILEY** was removed from the silver Infiniti M45 and placed under arrest. Search incident to arrest, law enforcement recovered a paper bag with four sealed, commercial packages of marijuana from Proper dispensary in Los Angeles, California – including a 3.5 gram package of "Jungle Boys Kush Mints" – identical to the package recovered from the purchaser's vehicle. In total, law enforcement recovered 14 grams of marijuana from the paper bag. This amount, as well as the above-mentioned surveillance and investigation, illustrate that **DIANTE ARIK WILEY** possessed the narcotics for distribution, and not for his sole possession.

20. Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about April 9, 2021, in the District of Columbia, **DIANTE ARIK WILEY** violated 18 U.S.C. §922(a)(1)(A), which makes it a crime to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate commerce without a license.

21. Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about April 9, 2021, in the District of Columbia, **DIANTE ARIK WILEY** violated 18 U.S.C. § 922(o), which makes it a crime to transfer or possess a machinegun.

22. Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about April 9, 2021, in the District of Columbia, **DIANTE ARIK WILEY** violated 21 U.S.C. § 841(a)(1), which makes it a crime to distribute, or possess with the intent to distribute, a mixture and substance containing a detectable amount of marijuana.

23. Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about April 9, 2021, in the District of Columbia, **DIANTE ARIK WILEY** violated 18 U.S.C. § 924(c)(1)(A) and (c)(1)(B)(ii), which makes it a crime for any person who, during and in relation to any drug trafficking crime, to carry a firearm, or who, in furtherance of a drug trafficking crime, to possess a firearm.

_____
Special Agent Caitlin M. McGourty
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 10, 2021.

G. Michael Harvey
2021.04.10 13:16:36 -04'00'

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE